UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------
LARRY G. PHILPOT,

        Plaintiff,                    Index No.: 16-cv-1201 (KMW)

          v.                          NOTICE OF MOTION TO
                                            WITHDRAW AS COUNSEL OF
LEMONWADE LLC,                      RECORD

        Defendant.
-------------------------------------------------------------

      PLEASE TAKE NOTICE that upon the annexed Memorandum of Law and Declaration of Richard M. Garbarini, Garbarini FitzGerald P.C. hereby moves this Court pursuant to Southern District of New York Local Civil Rule 1.4, Garbarini FitzGerald P.C. for an Order permitting counsel to withdraw as counsel of record for plaintiff Larry G. Philpot.

Dated:     New York, New York
            April 15, 2016                          Respectfully submitted,

                                                        GARBARINI FITZGERALD P.C.

                                          By: _____
                                               Richard M. Garbarini
                                               rgarbarini@garbarinilaw.com
                                               250 Park Avenue, 7th Floor
                                               New York, New York 10177
                                               Phone: 212.300.5358
                                               Fax: 888.265.7054

                                               *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on April 15, 2016, a true and correct copy of the foregoing NOTICE OF MOTION TO WITHDRAW, MEMORANDUM OF LAW, PROPOSED ORDER and DECLARATION OF RICHARD M. GARBARINI was served on all counsel via this Court's ECF system and on Plaintiff Larry G. Philpot by e-mail to larry@backstage.com and by mailing a true and correct copy to:

Larry G. Philpot
12527 Winding Creek Lane
Indianapolis, IN 46236

Dated: April 16, 2016           GARBARINI FITZGERALD P.C.

                    By: _____
                        Richard Garbarini